**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**E-FILED on** __04/06/09__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BARBARA LEWIS,

        Plaintiff,

    v.

HOMEQ SERVICING, US BANK
NATIONAL ASSOCIATION, T.D. SERVICE
COMPANY, FIRST RATE FINANCIAL and
all persons unknown claiming any legal or
equitable right, title, estate lien, or interest in
property described in the complaint adverse to
plaintiff's title, or any cloud upon plaintiff's title
thereto, DOES 1-100,

        Defendants.

No. C-08-05516 RMW

ORDER DENYING MOTION TO REMAND

**[Re Docket No. 4, 12]**

    For the reasons stated at the hearing on March 27, 2009, the court denies plaintiff's motion to remand.

DATED:     __04/06/09__

*Ronald M Whyte*
_____
RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION TO REMAND   —No. C-08-05516 RMW
JAS

United States District Court
For the Northern District of California

1

**Notice of this document has been electronically sent to:**

2

**Counsel for Plaintiff:**

3

William B. Look , Jr.          look_mtr@sbcglobal.net

4

**Counsel for Defendants:**

5

Eric D. Houser                ehouser@houser-law.com
Jeffrey S. Allison            Jallison@houser-law.com

6

7

Counsel are responsible for distributing copies of this document to co-counsel that have not
registered for e-filing under the court's CM/ECF program.

8

9

10

**Dated:**      04/06/09                              JAS
                                          **Chambers of Judge Whyte**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING MOTION TO REMAND   —No. C-08-05516 RMW
JAS                                          2