**E-FILED on** 05/10/2009

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>HOMEQ SERVICING, US BANK NATIONAL ASSOCIATION, T.D. SERVICE COMPANY, FIRST RATE FINANCIAL and all persons unknown claiming any legal or equitable right, title, estate lien, or interest in property described in the complaint adverse to plaintiff's title, or any cloud upon plaintiff's title thereto, DOES 1-100,<br><br>    Defendants. | No. C-08-05516 RMW<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT<br><br>**[Re Docket No. 18]** |

The motion to dismiss is denied as moot because the parties have represented that the case has settled.

DATED:     05/10/2009

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION TO DISMISS AS MOOT     —No. C-08-05516 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

William B. Look , Jr.          look_mtr@sbcglobal.net

**Counsel for Defendants:**

Eric D. Houser                 ehouser@houser-law.com
Jeffrey S. Allison             Jallison@houser-law.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** ___05/10/2009___                              ___JAS___
                                                **Chambers of Judge Whyte**